IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHAZMINE ENGLISH, as p/n/g of C.L. and J.L., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC DEVALKENAERE, et al., <br><br> Defendants. | Case No. 4:21-00446-CV-W-BP |

### JOINT STATUS REPORT

Plaintiffs and Defendants (collectively, the "Parties"), by and through counsel, file this Joint Status Report in accordance with the Court's Order dated September 8, 2021 (Doc. 23), and state as follows:

1. Plaintiffs filed this lawsuit on June 28, 2021. (Doc. 1). Plaintiffs allege causes of action against a Kansas City, Missouri police detective and members of the Board of Police Commissioners related to the death of Cameron Lamb on December 3, 2019.

2. As the Court recognized in its September 8, 2021 Order (Doc. 1), one of the Defendants in this case is a party to a criminal case styled *State v. DeValkenaere*, No. 2016-CR02823, pending in the Circuit Court of Jackson County, Missouri. A bench trial was held in the criminal case during the week of November 8, 2021. The judge in the criminal case, Presiding Judge J. Dale Youngs, announced his verdict on Friday, November 19, 2021.

3. Because the verdict in the criminal trial involving Defendant DeValkenaere was announced days ago, Defendants counsel in particular is in the process of evaluating the verdict and has not been able to fully consider its impact on proper scheduling in this case.

4. The Parties respectfully submit that a short additional period of time to evaluate recent developments and discuss and submit a joint proposed scheduling order to the Court is the most prudent course of action.

5. The Parties propose that the Court establish a deadline of December 1, 2021 for the parties to submit the joint proposed scheduling order to the Court.

6. This request to move the deadline for the submission of a joint proposed scheduling order from November 22, 2021 to December 1, 2021 is not made for purposes of delay and will not interfere with the just and efficient resolution of this case.

7. A proposed Order granting this Joint Motion will be submitted to the Court consistent with the Court's CM/ECF Administrative Procedures Manual.

WHEREFORE, the Parties respectfully submit this Joint Status Report and request that the Court set December 1, 2021 as the deadline to file the parties' joint proposed scheduling order.

Dated: November 22, 2021

Respectfully submitted,

| **MCELDREW, YOUNG, PURTELL MERRITT** | **BERKOWITZ OLIVER LLP** |
|---|---|
| By: /s/ John J. Coyle, III | By: /s/ James M. Humphrey IV |
|     Daniel N. Purtell (Admitted Pro Hac Vice) |     Jeffrey D. Morris, MO Bar No. 45243 |
|     John J. Coyle, III (Admitted Pro Hac Vice) |     James M. Humphrey IV, MO Bar No. 50200 |
|     Mark V. Maguire (Admitted Pro Hac Vice) |     2600 Grand Boulevard, Suite 1200 |
|     S. Lee Merritt (Admitted Pro Hac Vice) |     Kansas City, Missouri 64108 |
|     123 South Broad Street, Suite 2250 |     Telephone: (816) 561-7007 |
|     Philadelphia, Pennsylvania 19109 |     Facsimile: (816) 561-1888 |
|     Telephone: (215) 545-8800 |     jmorris@berkowitzoliver.com |
|     dan@mceldrewyoung.com |     jhumphrey@berkowitzoliver.com |
|     jcoyle@mceldrewyoung.com | |
|     mmaguire@mceldrewyoung.com | *Attorneys for Defendants* |
|     lee@leemerrittesq.com | |

Adam W. Krause, MO Bar No. 67462
**KRAUSE & KINSMAN**
4717 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: (816) 760-2700
Facsimile: (816) 760-2800
adam@krauseandkinsman.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

                                                    */s/ James M. Humphrey IV*
                                                    *Attorney for Defendants*