IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHAZMINE ENGLISH, as p/n/g of C.L. and J.L., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:21-00446-CV-W-BP |
| ERIC DEVALKENAERE, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that James M. Humphrey IV hereby withdraws as counsel of record for Defendants Eric J. DeValkenaere and Kansas City, Missouri, Board of Police Commissioners Don Wagner, Cathy Dean, Mark Tolbert, and Mayor Quinton Lucas (hereafter known as "the Defendants") in the above-captioned matter. He no longer needs notice of filings in this matter and should be removed from all service lists including CM/ECF notices. Jeffrey D. Morris and Blake P. Saffels of Berkowitz Oliver LLP will continue to represent the Defendants.

Dated: April 27, 2022.                Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: */s/ Jeffrey D. Morris*
  Jeffrey D. Morris, MO Bar No. 45243
  Blake P. Saffels, MO Bar No. 73922
  2600 Grand Boulevard, Suite 1200
  Kansas City, Missouri 64108
  Telephone: (816) 561-7007
  Facsimile: (816) 561-1888
  Email: jmorris@berkowitzoliver.com
      bsaffels@berkowitzoliver.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which will generate and send a Notice of Electronic Filing to all counsel of record.

                                      */s/ Jeffrey D. Morris*
                                      ***Attorney for Defendants***