IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHAZMINE ENGLISH, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 4:21-cv-00446 |
| ERIC J. DEVALKENAERE, et al., | : |
| Defendants. | : |

PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT

Plaintiffs hereby move this Honorable Court for an order granting leave to amend the complaint. In support thereof, Plaintiff relies upon the suggestions in support. This Motion is unopposed by the Defendants.

Respectfully submitted,

/s/ John J. Coyle

**MCELDREW PURTELL**
Daniel N. Purtell, Esq.
 PA Bar I.D. 310376
John J. Coyle, Esq.
 PA Bar I.D. 312084
Mark V. Maguire, Esq.
 PA Bar I.D. 94242
123 South Broad Street
Suite 2250
Philadelphia, PA 19109 215-545-8800
dan@mceldrewpurtell.com
jcoyle@mceldrewpurtell.com
mmaguire@mceldrewpurtell.com

**KRAUSE & KINSMAN**
Adam Krause, Esq.
MO Bar I.D. 67462
4717 Grand Ave. #300
Kansas City, MO 64112
816-307-2763
adam@krauseandkinsman.com

REED SMITH LLP
John P. Kennedy, Esq.
 NY Bar I.D. 5553870
599 Lexington Avenue
22nd Floor New York, NY 10022
jkennedy@reedsmith.com
Rizwan A. Qureshi, Esq.
 D.C. Bar I.D. 1024603
1301 K Street, N.W.
Suite 1000
Washington, D.C. 20005
202-414-9200
rqureshi@reedsmith.com

**DAVID R. SMITH, PC**
David R. Smith, Esq.
MO Bar I.D. 39088
4310 Madison Avenue, Suite 100
Kansas City, Missouri 64111
816-753-9393

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Amend the Complaint was filed via the Court's electronic filing system and thereby served upon all parties of record.

/s/ John J. Coyle

## CERTIFICATE OF CONFERENCE

I certify that on December 2, 2022, I conferred with Blake Saffels, Esq. counsel for Defendants, and he indicated that the Motion to Amend the Complaint was unopposed.

/s/ John J. Coyle